# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| PAUL ANTONIO BURKE, JR. ) | Case No: 08-00067-001 |
| ) | USM No: 10237-003 |
| Date of Original Judgment: 2/11/2009 ) | |
| Date of Previous Amended Judgment: ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Upon recalculation of the guideline range based on the Fair Sentencing Act of 2010, the Total Offense level remains at 29, with a criminal history category of III. The guideline range remains 108 to 135 months, and the sentence of 108 months is therefore not due to be reduced.

Except as otherwise provided, all provisions of the judgment dated 2/11/1009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/29/2011         /s/ Callie V. S. Granade
                               *Judge's signature*

Effective Date: _____         United States District Judge
*(if different from order date)*   *Printed name and title*